UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re HAWAIIAN RIVERBEND, LLC,<br><br>Debtor. | Case No. 22-cv-06768-VC<br><br>**ORDER DISMISSING APPEAL FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 5 |

On April 28, 2023, the Court issued an Order to Show Cause why the case should not be dismissed for failure to prosecute. The appellant has not responded, and the deadline to respond has passed. This appeal is therefore dismissed under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: May 17, 2023

VINCE CHHABRIA
United States District Judge